No. 94–1666. FREDERICK v. GOVERNMENT OF THE VIRGIN IS-LANDS. C. A. 3d Cir. Certiorari denied.

No. 94–1689. GILBERT ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied.

No. 94–1720. GANDARILLAS-ZAMBRANA, AKA GANDARILLAS, AKA GANDARILLOS v. BOARD OF IMMIGRATION APPEALS. C. A. 4th Cir. Certiorari denied.

No. 94–1722. JULIA SAAVEDRA BALMACEDA, INC., ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–1723. WARTSKI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–1728. FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION v. MAZUREK, ATTORNEY GENERAL OF MONTANA, ET AL.; and

No. 94–2092. MAZUREK, ATTORNEY GENERAL OF MONTANA, ET AL. v. FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION. C. A. 9th Cir. Certiorari denied.

No. 94–1734. LANSING DAIRY, INC., ET AL. v. GLICKMAN, SEC-RETARY OF AGRICULTURE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1740. PACIFIC NORTHWEST GENERATING COOPERATIVE v. NORTHWEST POWER PLANNING COUNCIL ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1756. FERRANTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–1760. 60 KEY CENTRE, INC. v. ADMINISTRATOR, GEN-ERAL SERVICES ADMINISTRATION, ET AL. C. A. 2d Cir. Certio-rari denied.

No. 94–1763. MUIRHEAD ET AL. v. FARMERS HOME ADMINIS-TRATION ET AL. C. A. 5th Cir. Certiorari denied.